### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Robert Darrell Randall, Debtor**                **Case No. 21-50039-KMS**
                                                                                                      **CHAPTER 13**

### <u>NOTICE</u>

Debtor has filed papers with the court to suspend their bankruptcy payments. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: April 23, 2025                    Signature:    <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                                                         Jennifer A Curry Calvillo (MSBN 104367)
                                                                         The Rollins Law Firm, PLLC
                                                                         P.O. Box 13767
                                                                         Jackson, MS 39236
                                                                         trollins@therollinsfirm.com
                                                                         601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Robert Darrell Randall, Debtor**                    **Case No. 21-50039-KMS**
                                                                                            **CHAPTER 13**

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1.  Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.  Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of June and July 2025.

3.  Debtor will undergo a medical procedure and will be unable to work during the months of June and July 2025. As a result, Debtor cannot make the monthly plan payment. Debtor will return to work and will be able to resume making payments beginning in August 2025.

4.  Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on April 23, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT DARRELL RANDALL

CASE NO: 21-50039-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/23/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/23/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT DARRELL RANDALL

CASE NO: 21-50039-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/23/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/23/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50039-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 23 9-12-27 PST 2025

BUREAUS INVESTMENT GROUP PORTFOLIO NO
15
LLC
PO BOX 788
KIRKLAND  WA 98083-0788

PLANET HOME LENDING  LLC
321 RESEARCH PARKWAY  SUITE 303
MERIDEN  CT 06450-8342

~~EXCLUDE~~

~~(U)RMIT TRUST  SERIES 2021 BKMTTV~~

~~EXCLUDE~~

~~(U)TRUIST BANK  FORMERLY KNOWN AS
BRANCH BANKIN~~

~~EXCLUDE~~

~~(U)US BANK NATIONAL ASSOCIATION NOT IN
ITS IN~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501 2036~~

AMERICAN EDUCATION
PO BOX 61047
HARRISBURG  PA 17106-1047

ARMSTRONG  ASSOCIATES
PO BOX 1787
MOBILE  AL 36633-1787

BRADLEY P JONES
WILSON  ASSOCIATES  PLLC
232 MARKET STREET
SUITE 235
FLOWOOD  MS 39232-3339

BRIDGECREST
PO BOX 52020
PHOENIX  AZ 85072-2020

BRIDGECREST CREDIT COMPANY  LLC
PO BOX 29018
PHOENIX  AZ 85038-9018

BUREAUS  INVESTMENT GROUP
PORTFOLIO NO 15 LLC
PO BOX 788
KIRKLAND  WA 98083-0788

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD  MI 48034-8331

CAPITAL ONE
PO BOX 60599
CITY OF INDUS  CA 91716-0599

CENTRAL FINANCIAL SERV
PO BOX 1023
COLUMBIA  MS 39429-1023

CHECK INTO CASH
6083 US HWY 98 STE AB
HATTIESBURG  MS 39402

CHECK INTO CASH DBA CHECK INTO CASH OF
MS
CHECK INTO CASH  INC
BANKRUPTCY DIVISION
PO BOX 550
CLEVELAND  TN 37364-0550

CHILDRENS HOSPITAL
PO BOX 919365
DALLAS  TX 75391-9365

COMMUNITY CHOICE FINAN
6111 US 98
60
HATTIESBURG  MS 39402

CREDIT ACCEPTANCE
PO BOX
DETROIT  MI 48255-0001

FIRST FRANKLIN
803 HWY 98 BYPASS
STORE B
COLUMBIA  MS 39429-3710

FORREST GENERAL
PO BOX 16389
HATTIESBURG  MS 39404-6389

(P)FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE TN 37219-8988

HATTIESBURG CLINIC
PO BOX 3488
TUPELO  MS 38803-3488

HATTIESBURG CLINIC  PA
415 SOUTH 28TH AVE
HATTIESBURG  MS 39401-7283

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


(P)UNIVERSITY MEDICAL CENTER NEW
ORLEANS
2000 CANAL STREET
NEW ORLEANS LA 70112-3018

LSU HEALTHCARE NETWORK
PO BOX 919100
DALLAS TX 75391-9100

MERCANTILE ADJUSTMENT
PO BOX 9052
BUFFALO NY 14231-9052


EXCLUDE

NATALIE BROWN  ESQ
RUBIN LUBLIN  LLC
BEHALF OF RMTP TRUST SERIES 2021 BKM-
TT-
428 NORTH LAMAR BLVD  SUITE 107
OXFORD  MS 38655-3221

(D)PLANET HOME LENDING
321 RESEARCH PKWY
STE 303
MERIDEN  CT 06450-8342

PLANET HOME LENDING  LLC
321 RESEARCH PARKWAY  SUITE 302
MERIDEN  CT 06450-8342


EXCLUDE

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RMTP TRUST  SERIES 2021 BKMTTV
CO RUSHMORE LOAN MANAGEMENT SERVICES
POBOX 55004
IRVINE  CA 92619-5004


REGIONAL ACCEPTANCE
PO BOX 830913
BIRMINGHAM  AL 35283-0913

REGIONAL ACCEPTANCE CORPORATION
BANKRUPTCY SECTION100500151
PO BOX 1847
WILSON  NC 27894-1847

SANTANDERCONSUMERUSA INC
SUCCESSOR IN INTEREST TO GATEWAY ONE
LENDINGFINANCE LLC
1601 ELM ST STE 800
DALLAS TX 75201-7260


SOUTHERN FAST LOANS
3401 HARDY ST
HATTIESBURG  MS 39402-1502

SYNCHRONY BANK
PO BOX 960012
ORLANDO  FL 32896-0012

THE BUREAUS
650 DUNDEE RD 370
NORTHBROOK  IL 60062-2757


TRACY RANDALL
12 W CHERRY
SUMRALL  MS 39482-0410

US BANK NATIONAL ASSOCIATION  ET AL
CO RUSHMORE SERVICING
PO BOX 619096
DALLAS  TX 75261-9096

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488


EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WESLEY BROWN  JR
71 PINE LANE
COLUMBIA  MS 39429-9423

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566


DEBTOR
ROBERT DARRELL RANDALL
12 WEST CHERRY
SUMRALL  MS 39482-0410

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767