

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 1, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  ROBERT DARRELL RANDALL  
  12 West Cherry  
  Sumrall, MS  39482

CHAPTER 13 PROCEEDING  
21-50039 KMS

SSN:  XXX-XX-9475

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  ERGON  
  P O BOX 1639  
  JACKSON, MS 39215-1639

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS  39403  
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403  
(601) 582-5011  
ecfNotices@rawlings13.net