United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 21-50039-KMS
Robert Darrell Randall     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: May 21, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Darrell Randall, 12 West Cherry, Sumrall, MS 39482-0410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net   sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net   sduncan@rawlings13.net |
| Glenn E. Glover | on behalf of Creditor Truist Bank formerly known as Branch Banking & Trust Company or BB&T gglover@bradley.com, smusso@bradley.com |
| Kathryn Alley Lachowsky-Khan | on behalf of Creditor Planet Home Lending LLC MSECF@wilson-assoc.com, MSECF@ecf.courtdrive.com |
| Natalie Kareda Brown | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust Series 2021 BKM-TT-V nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: May 21, 2025     Form ID: pdf012     Total Noticed: 1

Natalie Kareda Brown
   on behalf of Creditor RMTP Trust Series 2021 BKM-TT-V nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
   on behalf of Debtor Robert Darrell Randall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
   USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

21-50039-KMS Dkt 81 Filed 05/23/25 Entered 05/23/25 23:36:46 Page 2 of 3



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Robert Darrell Randall, Debtor          Case No. 21-50039-KMS
                                                 CHAPTER 13

### ORDER SUSPENDING PLAN PAYMENTS

THIS CAUSE having come on this date on the Debtor's Motion to Suspend Plan Payments (DK #76), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Suspend Plan Payments is granted. Debtor's past due Chapter 13 plan payments and any ongoing mortgage payments that are being paid through the plan are hereby suspended for June and July 2025 and that the Trustee shall increase Debtor's Plan payment as necessary to offset for the lost plan payment with payments to resume in August 2025. The Trustee is authorized to increase the Wage Order accordingly.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS