# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Robert Darrell Randall, Debtor                    Case No. 21-50039-KMS
                                                           **CHAPTER 13**

## NOTICE

    Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

    File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

    If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

    You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date:  July 29, 2025              Signature:   /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer Ann Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O. Box 13767
                                               Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Robert Darrell Randall, Debtor          Case No. 21-50039-KMS
                                                  CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on January 12, 2021, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor wishes to extend the term of the bankruptcy to 60 months from the date the first plan payment was due after confirmation, following the decision in *In re Sproulls,* case no 15-00043-NPO, dkt #113 (SDMS February 19, 2020).
   a. In this case, the start of the 60-month statutory deadline was based on the due date of the first plan payment under the confirmed plan, not the filing date. Judge Olack ordered that the plan be extended to 60 months from this payment date.
3. Debtor's first plan payment after confirmation was due March 12, 2021. Debtor wishes to extend the term of this case to March 12, 2026.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Modify Bankruptcy Plan was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                                     /s/ Thomas C. Rollins, Jr.
                                                   Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT DARRELL RANDALL

CASE NO: 21-50039-KMS

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 7/29/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ROBERT DARRELL RANDALL | CASE NO: 21-50039-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/29/2025, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50039-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUL 29 8-22-0 PST 2025 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 | BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| PLANET HOME LENDING  LLC<br>321 RESEARCH PARKWAY  SUITE 303<br>MERIDEN  CT 06450-8342 | EXCLUDE<br>~~(U)RMTP TRUST  SERIES 2021 BKMTTV~~ | EXCLUDE<br>~~(U)TRUIST BANK  FORMERLY KNOWN AS BRANCH BANKIN~~ |
| EXCLUDE<br>~~(U)US BANK NATIONAL ASSOCIATION NOT IN ITS IN~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | AMERICAN EDUCATION<br>PO BOX 61047<br>HARRISBURG  PA 17106-1047 |
| ARMSTRONG  ASSOCIATES<br>PO BOX 1787<br>MOBILE  AL 36633-1787 | BRADLEY P JONES<br>WILSON  ASSOCIATES  PLLC<br>232 MARKET STREET<br>SUITE 235<br>FLOWOOD  MS 39232-3339 | BRIDGECREST<br>PO BOX 52020<br>PHOENIX  AZ 85072-2020 |
| BRIDGECREST CREDIT COMPANY  LLC<br>PO BOX 29018<br>PHOENIX  AZ 85038-9018 | BRIDGECREST CREDIT COMPANY  LLC AS AGENT AND<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 |
| CREDIT ACCEPTANCE CORPORATION<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD  MI 48034-8331 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUS  CA 91716-0599 | CENTRAL FINANCIAL SERV<br>PO BOX 1023<br>COLUMBIA  MS 39429-1023 |
| CHECK INTO CASH<br>6083 US HWY 98 STE AB<br>HATTIESBURG  MS 39402 | CHECK INTO CASH DBA CHECK INTO CASH OF MS<br>CHECK INTO CASH  INC<br>BANKRUPTCY DIVISION<br>PO BOX 550<br>CLEVELAND  TN 37364-0550 | CHILDRENS HOSPITAL<br>PO BOX 919365<br>DALLAS  TX 75391-9365 |
| COMMUNITY CHOICE FINAN<br>6111 US 98<br>60<br>HATTIESBURG  MS 39402 | CREDIT ACCEPTANCE<br>PO BOX<br>DETROIT  MI 48255-0001 | FIRST FRANKLIN<br>803 HWY 98 BYPASS<br>STORE B<br>COLUMBIA  MS 39429-3710 |
| FORREST GENERAL<br>PO BOX 16389<br>HATTIESBURG  MS 39404-6389 | (P)FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | HATTIESBURG CLINIC<br>PO BOX 3488<br>TUPELO  MS 38803-3488 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| HATTIESBURG CLINIC  PA<br>415 SOUTH 28TH AVE<br>HATTIESBURG  MS 39401-7283 | HENLEY   LOTTERHOS  HE<br>PO BOX 389<br>JACKSON  MS 39205-0389 | (P)UNIVERSITY MEDICAL CENTER NEW ORLEANS<br>2000 CANAL STREET<br>NEW ORLEANS LA 70112-3018 |
| LSU HEALTHCARE NETWORK<br>PO BOX 919100<br>DALLAS  TX 75391-9100 | MERCANTILE ADJUSTMENT<br>PO BOX 9052<br>BUFFALO  NY 14231-9052 | NATALIE BROWN  ESQ<br>RUBIN LUBLIN  LLC<br>BEHALF OF RMTP TRUST SERIES 2021 BKM-TT-<br>428 NORTH LAMAR BLVD  SUITE 107<br>OXFORD  MS 38655-3221 |
| ~~EXCLUDE~~<br>~~(D)PLANET HOME LENDING~~<br>~~321 RESEARCH PKWY~~<br>~~STE 303~~<br>~~MERIDEN  CT 06450-8342~~ | PLANET HOME LENDING  LLC<br>321 RESEARCH PARKWAY  SUITE 302<br>MERIDEN  CT 06450-8342 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| ~~EXCLUDE~~<br>~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC~~<br>~~PO BOX 41067~~<br>~~NORFOLK VA 23541-1067~~ | RMTP TRUST  SERIES 2021 BKMTTV<br>CO RUSHMORE LOAN MANAGEMENT SERVICES<br>POBOX 55004<br>IRVINE  CA 92619-5004 | REGIONAL ACCEPTANCE<br>PO BOX 830913<br>BIRMINGHAM  AL 35283-0913 |
| REGIONAL ACCEPTANCE CORPORATION<br>BANKRUPTCY SECTION100500151<br>PO BOX 1847<br>WILSON  NC 27894-1847 | SANTANDERCONSUMERUSA INC<br>SUCCESSOR IN INTEREST TO GATEWAY ONE LENDINGFINANCE LLC<br>1601 ELM ST STE 800<br>DALLAS TX 75201-7260 | SOUTHERN FAST LOANS<br>3401 HARDY ST<br>HATTIESBURG  MS 39402-1502 |
| SYNCHRONY BANK<br>PO BOX 960012<br>ORLANDO  FL 32896-0012 | THE BUREAUS<br>650 DUNDEE RD 370<br>NORTHBROOK  IL 60062-2757 | TRACY RANDALL<br>12 W CHERRY<br>SUMRALL  MS 39482-0410 |
| US BANK NATIONAL ASSOCIATION  ET AL<br>CO RUSHMORE SERVICING<br>PO BOX 619096<br>DALLAS  TX 75261-9096 | UMMC<br>PO BOX 3488<br>DEPT 05-077<br>TUPELO  MS 38803-3488 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| WESLEY BROWN  JR<br>71 PINE LANE<br>COLUMBIA  MS 39429-9423 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | DEBTOR<br>ROBERT DARRELL RANDALL<br>12 WEST CHERRY<br>SUMRALL  MS 39482-0410 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | | |