**Fill in this information to identify the case:**

Debtor 1 **ROBERT DARRELL RANDALL**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Southern District of Mississippi**

(State)

Case Number **21-50039 KMS**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** U.S. BANK NATIONAL TRUST

**Court claim no.** (if known):
9

**Last 4 digits** of any number you use to identify the debtor's account:   7   0   6   8

**Property Address:**   12 W CHERRY
Number        Street

SUMRALL                                              MS     39482
City                                                        State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 10,977.58 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 10,977.58 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 481.81 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 11,459.39 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____69,139.11_

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on March 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____-0-_

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ David Rawlings
Signature

Date   04/13/2026

**Trustee**   David Rawlings
First Name          Middle Name          Last Name

**Address**   P.O. BOX 566
Number          Street

HATTIESBURG                    MS        39403
City                                State     ZIP Code

**Contact phone**   (601) 582-5011          **Email** ecfNotices@rawlings13.net

| Debtor 1 | **ROBERT DARRELL RANDALL** | Case Number **21-50039 KMS** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | RMTP TRUST, SERIES 2021 B | Secured Mortgage Arrears - Pre Petition | 10/13/2023 | 7079723 | Principal (System Check) | 272.24 |
| 9 | RMTP TRUST, SERIES 2021 B | Secured Mortgage Arrears - Pre Petition | 11/09/2023 | 7081056 | Principal (System Check) | 451.80 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 12/08/2023 | 7082527 | Principal (System Check) | 450.79 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 01/12/2024 | 7083853 | Principal (System Check) | 281.52 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 02/09/2024 | 7085131 | Principal (System Check) | 113.01 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 03/08/2024 | 7086404 | Principal (System Check) | 450.47 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 04/12/2024 | 7087743 | Principal (System Check) | 950.84 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 05/10/2024 | 7089013 | Principal (System Check) | 448.44 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 06/07/2024 | 7090251 | Principal (System Check) | 447.43 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 07/12/2024 | 7091561 | Principal (System Check) | 280.42 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 08/09/2024 | 7092810 | Principal (System Check) | 114.18 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 09/13/2024 | 7094057 | Principal (System Check) | 940.11 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 10/18/2024 | 8001144 | Principal (System Check) | 432.96 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 12/13/2024 | 8003453 | Principal (System Check) | 669.95 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 01/10/2025 | 8004614 | Principal (System Check) | 99.31 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 02/07/2025 | 8005717 | Principal (System Check) | 419.66 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 03/07/2025 | 8006879 | Principal (System Check) | 386.20 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 04/11/2025 | 8008110 | Principal (System Check) | 385.31 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 05/09/2025 | 8009252 | Principal (System Check) | 384.42 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 06/12/2025 | 8010451 | Principal (System Check) | 701.16 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 11/07/2025 | 8015916 | Principal (System Check) | 6.87 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 12/12/2025 | 8017123 | Principal (System Check) | 1,151.31 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 01/09/2026 | 8018239 | Principal (System Check) | 308.27 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 02/13/2026 | 8019447 | Principal (System Check) | 547.91 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Pre Petition | 03/13/2026 | 8020674 | Principal (System Check) | 283.00 |
| | | | | | Total for Claim Number 9: | 10,977.58 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **10,977.58** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Post Petition | 02/13/2026 | 8019447 | Principal (System Check) | 317.71 |
| 9 | U.S. BANK NATIONAL TRUST | Secured Mortgage Arrears - Post Petition | 03/13/2026 | 8020674 | Principal (System Check) | 164.10 |
| | | | | | Total for Claim Number 9: | 481.81 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **481.81** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Creditor Type | Date | Check # | Mortgage Pmt For | Posting Description | Amount |
|---|---|---|---|---|---|---|---|
| 9 | PLANET HOME LENDING LLC | Mortgage Step Pmts | 09/10/2021 | 7044445 | Feb/2021 | Principal (System Check) | 1,051.68 |
| 9 | PLANET HOME LENDING LLC | Mortgage Step Pmts | 10/08/2021 | 7045880 | Mar/2021 | Principal (System Check) | 1,051.68 |
| 9 | PLANET HOME LENDING LLC | Mortgage Step Pmts | 11/12/2021 | 7047366 | Apr/2021 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 12/15/2021 | 7049001 | May/2021 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 02/11/2022 | 7051867 | Jun/2021 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 03/11/2022 | 7053311 | Jul/2021 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 04/08/2022 | 7054739 | Aug/2021 thru Sep/2021 | Principal (System Check) | 2,103.36 |

Debtor 1   **ROBERT DARRELL RANDALL**                          Case Number **21-50039 KMS**                          Page 2
Name

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Creditor Type | Date | Check # | Mortgage Pmt For | Posting Description | Amount |
|---|---|---|---|---|---|---|---|
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 05/13/2022 | 7056211 | Oct/2021 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 06/10/2022 | 7057608 | Nov/2021 thru Jan/2022 | Principal (System Check) | 3,155.04 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 08/12/2022 | 7060395 | Feb/2022 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 11/10/2022 | 7064588 | Mar/2022 thru Apr/2022 | Principal (System Check) | 2,103.36 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 12/09/2022 | 7065986 | May/2022 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 01/13/2023 | 7067435 | Jun/2022 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 02/10/2023 | 7068801 | Jul/2022 | Principal (System Check) | 1,051.68 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 03/10/2023 | 7070175 | Aug/2022 thru Sep/2022 | Principal (System Check) | 2,103.36 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 04/14/2023 | 7071593 | Oct/2022 thru Nov/2022 | Principal (System Check) | 2,103.36 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 05/12/2023 | 7072977 | Dec/2022 thru Jan/2023 | Principal (System Check) | 2,103.36 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 06/09/2023 | 7074334 | Feb/2023 thru Mar/2023 | Principal (System Check) | 2,206.35 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 07/07/2023 | 7075636 | Apr/2023 thru May/2023 | Principal (System Check) | 2,309.34 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 08/11/2023 | 7077014 | Jun/2023 | Principal (System Check) | 1,151.19 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 09/08/2023 | 7078366 | Jul/2023 | Principal (System Check) | 1,151.19 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 10/13/2023 | 7079723 | Aug/2023 thru Oct/2023 | Principal (System Check) | 3,453.57 |
| 9 | RMTP TRUST, SERIES 2021 B | Mortgage Step Pmts | 11/09/2023 | 7081056 | Nov/2023 | Principal (System Check) | 1,151.19 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 12/08/2023 | 7082527 | Dec/2023 | Principal (System Check) | 1,151.19 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 01/12/2024 | 7083853 | Jan/2024 | Principal (System Check) | 1,151.19 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 02/09/2024 | 7085131 | Feb/2024 | Principal (System Check) | 1,151.19 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 03/08/2024 | 7086404 | Mar/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 04/12/2024 | 7087743 | Apr/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 05/10/2024 | 7089013 | May/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 06/07/2024 | 7090251 | Jun/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 07/12/2024 | 7091561 | Jul/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 08/09/2024 | 7092810 | Aug/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 09/13/2024 | 7094057 | Sep/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 10/18/2024 | 8001144 | Oct/2024 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 12/13/2024 | 8003453 | Nov/2024 thru Dec/2024 | Principal (System Check) | 2,291.16 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 01/10/2025 | 8004614 | Jan/2025 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 02/07/2025 | 8005717 | Feb/2025 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 03/07/2025 | 8006879 | Mar/2025 | Principal (System Check) | 1,214.41 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 04/11/2025 | 8008110 | Apr/2025 | Principal (System Check) | 1,214.41 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 05/09/2025 | 8009252 | May/2025 | Principal (System Check) | 1,214.41 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 06/12/2025 | 8010451 | Jun/2025 | Principal (System Check) | 1,214.41 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 09/15/2025 | 8013804 | Jul/2025 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 10/02/2025 | 8014747 | Aug/2025 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 11/07/2025 | 8015916 | Sep/2025 thru Nov/2025 | Principal (System Check) | 3,436.74 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 12/12/2025 | 8017123 | Dec/2025 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 01/09/2026 | 8018239 | Jan/2026 | Principal (System Check) | 1,145.58 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 02/13/2026 | 8019447 | Feb/2026 | Principal (System Check) | 1,214.41 |
| 9 | U.S. BANK NATIONAL TRUST | Mortgage Step Pmts | 03/13/2026 | 8020674 | Mar/2026 | Principal (System Check) | 1,184.32 |

Total for Claim Number 9: 69,139.11

**Total for Part 4 - a (Postpetition Payments):** **69,139.11**

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF DISBURSEMENTS MADE  (U.S. BANK NATIONAL TRUST (Claim #9)) to the below parties.

Notice Provided via First Class U.S. Mail:

ROBERT DARRELL RANDALL
12 West Cherry
Sumrall, MS  39482

U.S. BANK NATIONAL TRUST
RUSHMORE SERVICING
PO BOX 619096
DALLAS, TX  75261

WILSON & ASSOCIATES
KATHRYN LACHOWSKY-KHAN
400 W CAPITAL AVE., STE 1400
LITTLE ROCK, AR  72201

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 13th day of April, 2026.

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE