**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Robert Darrell Randall, Debtor**          **Case No. 21-50039-KMS**
                                                                              **Chapter 13**

### DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Robert Darrell Randall**                                  **04/15/2026**
         Robert Darrell Randall                                               Date


**/s/ Thomas C. Rollins, Jr.**                                           **04/16/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469                             Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:                               Gulfport Divisional Office:
Danny L. Miller, Clerk                        Danny L. Miller, Clerk
United States Bankruptcy Court                United States Bankruptcy Court
Thad Cochran US Courthouse                    Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                     2012 15th St, Suite 244
Jackson, MS 39201                             Gulfport, MS 39501

### CERTIFICATE OF SERVICE

On April 17, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT DARRELL RANDALL

CASE NO: 21-50039-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBERT DARRELL RANDALL

CASE NO: 21-50039-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/17/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50039-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU APR 16 14-1-18 PST 2026

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15
LLC
PO BOX 788
KIRKLAND   WA 98083-0788

BRIDGECREST CREDIT COMPANY   LLC AS AGENT AND
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

PLANET HOME LENDING   LLC
321 RESEARCH PARKWAY   SUITE 303
MERIDEN   CT 06450-8342

~~EXCLUDE~~

~~(U)RMTP TRUST   SERIES 2021 BKMTTV~~

~~EXCLUDE~~

~~(U)TRUIST BANK   FORMERLY KNOWN AS BRANCH BANKIN~~

US BANK NATIONAL ASSOCIATION NOT IN ITS IN
8950 CYPRESS WATERS BLVD
COPPELL   TX 75019-4620

~~EXCLUDE~~

~~(U)US BANK NATIONAL ASSOCIATION NOT IN ITS IN~~

US BANK NATIONAL ASSOCIATION   ET AL   CO
PO BOX 619096
DALLAS   TX 75261-9096

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL   JR US COURTHOUSE~~
~~2012 15TH STREET   SUITE 244~~
~~GULFPORT   MS 39501-2036~~

AMERICAN EDUCATION
PO BOX 61047
HARRISBURG   PA 17106-1047

ARMSTRONG   ASSOCIATES
PO BOX 1787
MOBILE   AL 36633-1787

BRADLEY P JONES
WILSON   ASSOCIATES   PLLC
232 MARKET STREET
SUITE 235
FLOWOOD   MS 39232-3339

BRIDGECREST
PO BOX 52020
PHOENIX   AZ 85072-2020

BRIDGECREST CREDIT COMPANY   LLC
PO BOX 29018
PHOENIX   AZ 85038-9018

BRIDGECREST CREDIT COMPANY   LLC AS AGENT AND
AIS PORTFOLIO SERVICES   LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

BUREAUS INVESTMENT GROUP
PORTFOLIO NO 15 LLC
PO BOX 788
KIRKLAND   WA 98083-0788

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD   MI 48034-8331

CAPITAL ONE
PO BOX 60599
CITY OF INDUS   CA 91716-0599

CENTRAL FINANCIAL SERV
PO BOX 1023
COLUMBIA   MS 39429-1023

CHECK INTO CASH
6083 US HWY 98 STE AB
HATTIESBURG   MS 39402

CHECK INTO CASH DBA CHECK INTO CASH OF MS
CHECK INTO CASH   INC
BANKRUPTCY DIVISION
PO BOX 550
CLEVELAND   TN 37364-0550

CHILDRENS HOSPITAL
PO BOX 919365
DALLAS   TX 75391-9365

COMMUNITY CHOICE FINAN
6111 US 98
60
HATTIESBURG   MS 39402

CREDIT ACCEPTANCE
PO BOX
DETROIT   MI 48255-0001

FIRST FRANKLIN
803 HWY 98 BYPASS
STORE B
COLUMBIA   MS 39429-3710

FORREST GENERAL
PO BOX 16389
HATTIESBURG   MS 39404-6389

(P)FROST ARNETT
BANKRUPTCY DEPARTMENT
PO BOX 198988
NASHVILLE TN 37219-8988

HATTIESBURG CLINIC
PO BOX 3488
TUPELO  MS 38803-3488

HATTIESBURG CLINIC  PA
415 SOUTH 28TH AVE
HATTIESBURG  MS 39401-7283

HENLEY  LOTTERHOS  HE
PO BOX 389
JACKSON  MS 39205-0389

(P)UNIVERSITY MEDICAL CENTER NEW ORLEANS
2000 CANAL STREET
NEW ORLEANS LA 70112-3018

LSU HEALTHCARE NETWORK
PO BOX 919100
DALLAS  TX 75391-9100

MERCANTILE ADJUSTMENT
PO BOX 9052
BUFFALO  NY 14231-9052

NATALIE BROWN  ESQ
RUBIN LUBLIN  LLC
BEHALF OF RMTP TRUST SERIES 2021 BKM-TT-
428 NORTH LAMAR BLVD  SUITE 107
OXFORD  MS 38655-3221

EXCLUDE
(D)PLANET HOME LENDING
321 RESEARCH PKWY
STE 303
MERIDEN  CT 06450-8342

PLANET HOME LENDING  LLC
321 RESEARCH PARKWAY  SUITE 302
MERIDEN  CT 06450-8342

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE
(D)(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RMTP TRUST  SERIES 2021 BKMTTV
CO RUSHMORE LOAN MANAGEMENT SERVICES
POBOX 55004
IRVINE  CA 92619-5004

REGIONAL ACCEPTANCE
PO BOX 830913
BIRMINGHAM  AL 35283-0913

REGIONAL ACCEPTANCE CORPORATION
BANKRUPTCY SECTION100500151
PO BOX 1847
WILSON  NC 27894-1847

SANTANDERCONSUMERUSA INC
SUCCESSOR IN INTEREST TO GATEWAY ONE
LENDINGFINANCE LLC
1601 ELM ST STE 800
DALLAS TX 75201-7260

SOUTHERN FAST LOANS
3401 HARDY ST
HATTIESBURG  MS 39402-1502

SYNCHRONY BANK
PO BOX 960012
ORLANDO  FL 32896-0012

THE BUREAUS
650 DUNDEE RD 370
NORTHBROOK  IL 60062-2757

TRACY RANDALL
12 W CHERRY
SUMRALL  MS 39482-0410

US BANK NATIONAL ASSOCIATION  ET AL
CO RUSHMORE SERVICING
PO BOX 619096
DALLAS  TX 75261-9096

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WESLEY BROWN  JR
71 PINE LANE
COLUMBIA  MS 39429-9423

EXCLUDE
(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR
ROBERT DARRELL RANDALL
12 WEST CHERRY
SUMRALL  MS 39482-0410

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767